United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 9, 2004**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 03-20740

C.H. ROBINSON CO., FIRST CHOICE DISTRIBUTING LLC,

Plaintiffs-Appellants,

VERSUS

AGRI-EMPIRE INC., ALEX FARMS CORPORATION, C & G ONION COMPANY,
INC., CURTIS DEBERRY SALES AGENCY, F. G. FRESH PRODUCE, JUICE
PRODUCE COMPANY, INC., CECGO, INC., doing business as Monsoon
Produce, RIVERWOOD FARMS, SUCASA PRODUCE; WEST PAK AVOCADO, INC.,

Intervenor Plaintiffs-Appellants,

VERSUS

UNION PLANTERS BANK,

Intervenor Plaintiff-Appellee,

VERSUS

E. ANCER INC., ET AL.,

Defendants.

Appeal from the United States District Court
For the Southern District of Texas
H-99-CV-3197

Before DAVIS, EMILIO M. GARZA and PRADO, Circuit Judges.

PER CURIAM:[*]

After a careful review of the record and considering the briefs of the parties and argument of counsel, we are satisfied that the district court committed no reversible error. We therefore affirm the judgment of the district court for essentially the reasons stated in its careful Memorandum Opinions and Orders of February 21, 2003 and May 15, 2003.

AFFIRMED.

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.